UNITED STATES DISTRICT COURT  c
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| B&P ENTERPRISES OF AVOYELLES PARISH L.L.C., Plaintiff | CIVIL ACTION NO. 1:17-CV-00876 |
| VERSUS | CHIEF JUDGE DRELL |
| MAHINDRA USA INC., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## *SUA SPONTE* JURISDICTIONAL BRIEFING ORDER

Before the Court is a Complaint filed by Plaintiff B&P Enterprises of Avoyelles Parish, L.L.C. against Defendant Mahindra USA Inc. Plaintiff premises federal jurisdiction on diversity of citizenship.

The diversity statute — 28 U.S.C. § 1332 — is satisfied upon a showing of: (1) diversity of citizenship between the parties; and (2) an amount in controversy in excess of $75,000, exclusive of interest and costs. "Complete diversity requires that all persons on one side of the controversy be citizens of different states than all persons on the other side." Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077, 1079 (5th Cir. 2008) (internal citation and quotation omitted). Further, "when jurisdiction depends on citizenship, citizenship must be *distinctly* and *affirmatively* alleged." Getty Oil Corp., a Div. of Texaco, Inc. v. Ins. Co. of N. Am., 841 F.2d 1254, 1259 (5th Cir. 1988).

The Court has "an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party." Arbaugh v. Y&H Corp., 546 U.S. 500, 514 (2006). This duty persists throughout all

phases of the litigation, "even after trial and the entry of final judgment." Id. at 506-07.

A corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business. See Tewari De-Ox Sys., Inc. v. Mountain States/Rosen, Ltd. Liab. Corp., 757 F.3d 481, 483 (5th Cir. 2014). The citizenship of an LLC is determined by the citizenship of all its members. Harvey, 542 F.3d at 1079-80.

Plaintiff B&P Enterprises of Avoyelles Parish, L.L.C. alleges that it is a "Louisiana limited liability company," but it has not shown the identities and citizenship of its members/owners.

Defendant Mahindra USA Inc. was incorporated in Texas and has its principal place of business in Texas. It is noted that summons were issued for Defendant Mahindra USA Inc. on July 10, 2017 (Doc. 3) and it has not yet made an appearance in this case.

Therefore, diversity is not shown in the pleadings. Accordingly,

The Clerk of Court is DIRECTED to serve a copy of this order upon any all Defendants IMMEDIATELY upon receipt of proof of service or an appearance.

IT IS ORDERED that, not later than 21 days from service of this Order on Plaintiff B&P Enterprises of Avoyelles Parish, L.L.C., Plaintiff SHALL FILE: (1) a Jurisdictional Memorandum setting forth the citizenship of all parties to this lawsuit, specifically including the nature, citizenship, and identity of all parties to this suit;

and (2) a motion for leave to amend the jurisdictional allegations of the Complaint to adequately allege diversity jurisdiction.

IT IS FURTHER ORDERED that Defendant Mahindra USA Inc. will be allowed <u>seven days</u> from receipt of Plaintiff's memoranda regarding jurisdiction to file a response.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana on this  24th  day of July, 2017.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge